



## MEMORANDUM OPINION

No. 04-10-00082-CR

Donald R. **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 857062
Honorable Ray Olivarri, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed: February 17, 2010

DISMISSED

Donald R. Williams filed a notice of appeal seeking to appeal from a sentence imposed on February 20, 2008. The judgment was in accordance with Williams's plea bargain agreement, and the record does not contain a trial court's certification showing Williams has the right of appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH